ELIZABETH B. VANDERKLOOT, Respondent, *v.* EDWARD W. HARDEN et al., Copartners under the Firm Name of CAMPBELL STARRING & Co., Appellants.

(Argued January 12, 1934; decided February 27, 1934.)

*Kevie Jaffe* for appellants.

*William J. Dawley* for respondent.

Judgments reversed, with costs in all courts, and motion for summary judgment denied on the ground that defendant's affidavits disclose a substantial question of fact which should be tried. No opinion. (See 264 N. Y. 511.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.